

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 27, 2022

**BY ECF**
Honorable Lorna G. Schofield
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:   *United States v. Cicero Williams*, 22 Cr. 571 (LGS)

Dear Judge Schofield:

    The parties jointly submit this letter in response to the Court's Order dated October 26, 2022. The parties suggest the following schedule in this matter:

    Discovery due on November 10, 2022
    Defense motions due December 8, 2022
    Government response due December 22, 2022
    Defense reply due December 29, 2022

    The parties are available for a status conference on January 30, 2023, January 31, 2023, and February 1, 2023.

    The Government also moves, with consent of defense counsel, for exclusion of time under the Speedy Trial Act, so that the defense has time to review the discovery, to consider what motions to bring, and to engage in discussions regarding a pretrial disposition.

Application Granted.  Rule 16 discovery shall be completed by **November 10, 2022.**  Defendant's motion(s), if any, shall be filed by **December 8, 2022**.  The Government's response, if any, shall be filed by **December 22, 2022**.  Defendant's reply, if any, shall be filed by **December 29, 2022**.  The parties shall appear for a status conference on **January 30, 2023, at 10:45 a.m**.  The Court finds that the ends of justice served by excluding the time between today and January 30, 2023, outweigh the best interests of the public and the Defendant in a speedy trial as provided in 18 U.S.C. § 3161(h)(7)(A) because the exclusion would give Defendant time to review discovery and contemplate the filing of pretrial motions.  It is hereby ORDERED that the time between today and January 30, 2023, is excluded.
Dated: October 31, 2022

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:   __/s/_____
Ni Qian
Assistant United States Attorney
(212) 637-2364

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE