

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 7, 2022

**BY ECF**
Honorable Lorna G. Schofield
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:   *United States v. Cicero Williams*, 22 Cr. 571 (LGS)

Dear Judge Schofield:

    The Government respectfully submits this letter, with defense counsel's consent, to request an adjournment of the discovery and motions deadlines by one week.

    On October 31, 2022, the Court entered the following scheduling order in this matter, pursuant to the parties' joint request:

    Discovery due on November 10, 2022
    Defense motions due December 8, 2022
    Government response due December 22, 2022
    Defense reply due December 29, 2022

    Unfortunately, the undersigned Government counsel tested positive for COVID-19 last week and thus was unable to make as much progress on organizing discovery as anticipated. Accordingly, the Government requests, with defense counsel's consent, to adjourn the above deadlines by one week.

Application Granted. Rule 16 discovery shall be completed by **November 17, 2022**. Defendant's motion(s), if any, shall be filed by **December 15, 2022**. The Government's response, if any, shall be filed by **January 3, 2023**. Defendant's reply, if any, shall be filed by **January 10, 2023**. The Clerk of the Court is directed to terminate the letter motion at docket number 10.

Dated: November 14, 2022
New York, New York

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:  */s/*
    Ni Qian
    Assistant United States Attorney
    (212) 637-2364

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**