UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
   UNITED STATES OF AMERICA,

                                                  22 Cr. 571 (LGS)

               -against-

                                                  SCHEDULING ORDER

   CICERO WILLIAMS,
                              Defendant,
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS a pretrial conference was held on January 24, 2023.  It is hereby

       **ORDERED** that by **January 31, 2023**, the Government shall file a status letter regarding (i) the transfer of Defendant's commissary funds from the Metropolitan Detention Center to Essex County Jail; (ii) Defendant's missing legal documents; and (iii) confirming that Defendant has received a copy of the electronic discovery in this case.  It is further

       **ORDERED** that the status conference currently scheduled for January 30, 2023, is adjourned to **February 28, 2023, at 10:45 a.m**.  It is further

       **ORDERED** that for the reasons stated on the record, the Court finds that the ends of justice served by excluding the time between January 30, 2023, until February 28, 2023, outweigh the best interests of the public and the defendant in a speedy trial under 18 U.S.C. 3161(h)(7)(A).  The time between January 30, 2023, until February 28, 2023, is hereby excluded.

Dated: January 27, 2023
       New York, New York

                                                        LORNA G. SCHOFIELD
                                                        UNITED STATES DISTRICT JUDGE