# STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR  
JAMES ROTH

299 BROADWAY, SUITE 800  
NEW YORK, N.Y. 10007

(212) 619-4240  
FAX (212) 619-6743

March 8, 2023

By ECF

Honorable Lorna Schofeld  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, NY 1007

*Application Granted. The status conference currently scheduled for March 14, 2023, is rescheduled to **March 13, 2023, at 11:30 a.m**. The Clerk of the Court is directed to terminate the letter motion at docket number 24.*

*Dated: March 10, 2023*  
*New York, New York*

**LORNA G. SCHOFIELD**  
**UNITED STATES DISTRICT JUDGE**

Re: United States v. Cicero Williams, 22Cr. 571 (LGS)

Dear Judge Schofeld,

    I respectfully request with the consent of the government to change the conference in the above captioned matter currently scheduled for 10:45 am on March 14th, 2023, to 11:30 am on March 13th, 2023 due to a scheduling conflict. Your attention to this matter is appreciated.

Very truly yours,

James Roth

Cc. AUSA Ni Qian (By ECF)