UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :
                                                            :          22 Cr. 571 (LGS)
                   -against-                                 :
                                                            :                ORDER
CICERO WILLIAMS,                                            :
                                        Defendant,   :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

  WHEREAS, the Government submitted three video exhibits in support of its

memorandum of law in opposition to Defendant's motion for discovery (Dkt. No. 36).  The file

types of Exhibits A and B are not supported by Windows Media Player, and cannot be viewed.  It

is hereby

  **ORDERED** that by **June 29, 2023**, the Government shall resubmit Exhibits A and B by

emailing them to the chambers inbox.

Dated: June 28, 2023
  New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**