**Weil, Gotshal & Manges LLP**

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**Daniel L. Stein**
+1 (212) 310-8140
Daniel.Stein@weil.com

June 29, 2023

**ELECTRONICALLY FILED**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 705
New York, NY 10007

Application to adjourn trial DENIED.

Dated: June 30, 2023
New York, New York

*[Signature]*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Re:    *United States v. Williams*, 22 Cr. 571 (LGS) – Consent Letter Motion to Adjourn Trial Date

Dear Judge Schofield:

We represent the Defendant, Cicero Williams, in the above-captioned matter. We respectfully submit this letter motion, with the consent of the Government, to adjourn the trial date in this matter. This is the second joint motion to adjourn the trial date, the first of which was granted on April 18, 2023, shortly after undersigned counsel was appointed to represent Mr. Williams pursuant to the Criminal Justice Act.

The current scheduling order provides for trial to begin on August 9, 2023, at 9:45 AM. ECF No. 31. On May 25, 2023, the Defense filed a motion to compel discovery, which is pending before the Court. ECF No. 32. Due to the ongoing discovery disputes in this matter, the parties believe that we will need additional time to adequately prepare for trial. Accordingly, we respectfully request that the Court adjourn the trial date until December 2023. The parties have conferred and are available to begin trial between December 1, 2023, and December 15, 2023. If the Court grants the adjournment, we also respectfully request that the Court amend the current scheduling order for pretrial filings and enter new deadlines consistent with the trial date.

**Weil, Gotshal & Manges LLP**

June 29, 2023
Page 2

Respectfully submitted,

/s/  Daniel L. Stein

Daniel L. Stein
Daniel.Stein@weil.com
(212) 310-8140

Cc: Assistant United States Attorneys Marguerite B. Colson and Ni Qian (via ECF)