# Weil, Gotshal & Manges LLP

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**Daniel L. Stein**
+1 (212) 310-8140
Daniel.Stein@weil.com

July 5, 2023

**ELECTRONICALLY FILED**

Application DENIED. The Clerk of the Court is directed to terminate the letter motion at docket number 42.

Dated: July 6. 2023
New York, New York

*[signature]*
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 705
New York, NY 10007

Re:   *United States v. Williams*, 22 Cr. 571 (LGS) – Consent Letter Motion to Adjourn Trial Date

Dear Judge Schofield:

    We represent the Defendant, Cicero Williams, in the above-captioned matter. We respectfully submit this letter motion, with the consent of the Government, to adjourn the trial date in this matter. This is the third joint motion to adjourn the trial date. Following the Court's ruling on Mr. Williams' motion to compel, ECF No. 41, the parties have been engaging in discussions concerning possible resolutions of this matter without trial. The requested adjournment will allow the parties to continue these discussions. Accordingly, we respectfully request that the Court adjourn the trial date for a period of approximately sixty days from August 9, 2023, to until or after October 8, 2023. We request that the Court amend the current scheduling order for pretrial filings and enter new deadlines consistent with the amended trial date.

Respectfully submitted,

/s/ *Daniel L. Stein*


Daniel L. Stein
Daniel.Stein@weil.com
(212) 310-8140

Cc: Assistant United States Attorneys Marguerite B. Colson and Ni Qian (via ECF)