UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
   UNITED STATES OF AMERICA,

                -against-

   CICERO WILLIAMS,
                              Defendant.
------------------------------------------------------------ X

22 Cr. 571 (LGS)

SCHEDULING ORDER

LORNA G. SCHOFIELD, District Judge:

      WHEREAS the Court has received Defendant's letter requesting new counsel, dated July 13, 2023, which has been forwarded to defense counsel and filed under seal.  It is hereby

      **ORDERED** that Defendant Cicero Williams, his counsel and the Government shall appear for a status conference on **July 24, 2023, at 11:00 a.m**. in Courtroom 1106 of the Thurgood Marshal Courthouse, 40 Foley Square, New York, New York, 10007.

Dated:  July 21, 2023
         New York, New York

                                                   **LORNA G. SCHOFIELD**
                                                 **UNITED STATES DISTRICT JUDGE**