UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :
                                                            :      22 Cr. 571 (LGS)
                -against-                                   :
                                                            :      ORDER
CICERO WILLIAMS,                                            :
                                    Defendant,              :
-----------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated April 18, 2023, instructed the parties to file by July 24, 2023, a joint statement as provided in the Court's Individual Rules, a joint proposed *voir dire*, joint proposed requests to charge and a joint proposed verdict sheet, in each case noting any disagreements between the parties;

WHEREAS, a pre-trial conference was held on July 24, 2023.  It is hereby

**ORDERED** that the parties shall file their joint statement, joint proposed *voir dire*, joint requests to charge and a joint proposed verdict sheet by **July 25, 2023**.

Dated: July 24, 2023
       New York, New York

                                              LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE