UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                -against-

    CICERO WILLIAMS

                            Defendant.
------------------------------------------------------------X

22 Cr. 571 (LGS)

<u>SCHEDULING ORDER</u>

LORNA G. SCHOFIELD, District Judge:

    It is hereby **ORDERED** that Defendant Cicero Williams' sentencing hearing will be held on **January 23, 2024**, at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.  Defendant's pre-sentencing submission, if any, shall be filed on or before **January 4, 2024**.  The Government's pre-sentencing submission, if any, shall be filed by **January 10, 2024.**

Dated: July 26, 2023
       New York, New York

                                                        **LORNA G. SCHOFIELD**
                                                       **UNITED STATES DISTRICT JUDGE**