```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
   UNITED STATES OF AMERICA,                                 :
                                                             :
                                                             :         22 Cr. 571 (LGS)
                      -against-                              :
                                                             :              ORDER
   CICERO WILLIAMS,                                          :
                                              Defendant,     :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, with Defendant's consent, his guilty plea allocution was made before United States Magistrate Judge Valerie Figueredo on July 25, 2023;

WHEREAS, Defendant's guilty plea was accepted on July 26, 2023. Defendant's sentencing hearing will be held on January 23, 2024, at 11:00 a.m. It is hereby

**ORDERED** that all remaining motions are denied as moot.

Dated: July 28, 2023
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE