```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
   UNITED STATES OF AMERICA,                                 :
                                                             :
                                                             :   22 Cr. 571 (LGS)
                    -against-                                :
                                                             :        ORDER
   CICERO WILLIAMS,                                          :
                                              Defendant,     :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Defendant has requested that certain pre-trial filings containing sensitive information be redacted and sealed to preserve Defendant's safety;

WHEREAS, "[t]he common law right of public access to judicial documents is firmly rooted in our nation's history," this right is not absolute and courts "must balance competing considerations against" the presumption of access. *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006) (internal quotation marks omitted); *see also Nixon v. Warner Commc'ns., Inc.*, 435 U.S. 589, 599 (1978) ("[T]he decision as to access is one best left to the sound discretion of the trial court, a discretion to be exercised in light of the relevant facts and circumstances of the particular case."). Concerns for personal safety counsel in favor of non-disclosure. *See Sec. & Exch. Comm'n v. Ripple Labs, Inc.*, No. 20 Civ. 10832, 2023 WL 3477552, at *2 (S.D.N.Y. May 16, 2023).

WHEREAS, Defendant has demonstrated that limited redactions of certain filings are necessary to preserve Defendant's safety. It is hereby

**ORDERED** that Defendant's request to seal certain docket entries and re-file those entries with redactions is GRANTED. The Clerk of Court is respectfully directed to seal the entries at Dkt. Nos. 33, 34-1, 36, 37, 37-1, 41, 46, 47 and 52. By **August 18, 2023**, Defendant

shall re-file those entries with the redactions identified in the files Defendant emailed to

chambers.

Dated: August 16, 2023
      New York, New York

                                                 **LORNA G. SCHOFIELD**
                                             **UNITED STATES DISTRICT JUDGE**