UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                         :

  UNITED STATES OF AMERICA,             :

                                           :                    22 Cr. 571 (LGS)

               -against-                :

                                           :                      ORDER

  CICERO WILLIAMS,                 :
                              Defendant.   :
-------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that sentencing currently scheduled for January 23, 2024, at

11:00 a.m., is adjourned to **January 23, 2024, at 4:30 p.m.**

Dated: January 18, 2024
       New York, New York

                                   LORNA G. SCHOFIELD
                            UNITED STATES DISTRICT JUDGE